UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SLAVKO DAMJANOVIC,

                Plaintiff,

vs.

THE VONS COMPANIES, INC., et al.,

                Defendants.

Case No. 2:10-cv-00802-GMN-PAL

**ORDER**

(Mtn to Withdraw - Dkt. #14)

This matter is before the court on the Motion to Withdraw as Attorneys of Record (Dkt. #14) filed November 18, 2010. M. Erik Ahlander of Henness & Haight seeks to withdraw as counsel of record for Plaintiff Slavko Samjanovic. The Motion represents that counsel cannot continue to effectively represent Plaintiff due to a lack of communication and a difference of opinion concerning prosecuting this matter. Defendant The Vons Companies, Inc. has filed a Notice of Non-Opposition (Dkt. #15) to the Motion to Withdraw (Dkt. #14). Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on May 27, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #14) is GRANTED.
2. Plaintiff shall have until **December 9, 2010,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Slavko Damjanovic
2955 Swenson St. #293
Las Vegas, NV 89119

Dated this 22nd day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE