# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SLAVKO DAMJANOVIC, )
                                            Plaintiff, )    Case No. 2:10-cv-00802-GMN-PAL
)
vs. )    **ORDER**
)
THE VON'S COMPANIES, INC., et al., )
                                            Defendants. )

       This matter is before the court on Plaintiff Slavko Damjanovic's letter to the Clerk of Court (Dkt. #22), which was docketed on March 7, 2011.

       On November 24, 2010, the court granted attorney Michael E. Ahlander's motion to withdraw as counsel of record and gave Plaintiff until December 9, 2010, in which to retain counsel or file a notice with the court that he would appear in this matter *pro se*. *See* Dkt. #16. The Order directed the Clerk of the Court to serve Plaintiff with a copy of the order at his last known address provided by his former counsel, and advised Plaintiff that his failure to timely comply with the order "may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions." Plaintiff failed to either retain counsel or file a notice with the court that he would appear in this matter *pro se* and did not request an extension of time in which to comply with the court's Order.

       On February 22, 2011, the court entered an Order to Show Cause (Dkt. #21) based on Plaintiff's failure to comply with the court's previous Order (Dkt. #16). The court directed Plaintiff to show cause in writing no later than March 8, 2011, why he had not complied with the court's Order (Dkt. #16). Plaintiff's letter indicates that his counsel had withdrawn and he has been unable to find new counsel to take his case. The court will construe Plaintiff's letter as an indication he will proceed in this matter *pro se*.

The letter also makes statements about his case, and reveals discussions with his counsel. He asks that the court help him out "because I am lost and you are my only hope in order to settle this." Plaintiff is advised that if he may not request relief from the court by letter. Any request for relief from the court must be filed as a motion supported by the law and must be served (sent) to opposing counsel. The Clerk of Court and court staff are not permitted to give parties legal advice. While the court appreciates that it is difficult for an individual to represent himself in a federal case, if Plaintiff wishes to proceed he must follow the rules and is advised to familiarize himself with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the substantive laws applicable to his case.

**IT IS SO ORDERED.**

Dated this 18th day of March, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE